# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINE
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| DR. CHRISTOPHER BROWN, | ) | CASE NO. 3:04 CV 474 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER ON** |
| vs. | ) | **TODD/PRESCOTT'S MOTION** |
| | ) | **FOR ADMISSION PRO HAC** |
| CAPITOL FIRST CORP. f/k/a CAPITOL | ) | **VICE** |
| COMMUNITIES CORP., PRESCOTT | ) | |
| INVESTMENTS, LP, MICHAEL TODD, | ) | |
| AND EDWARD DURANTE a/k/a ED | ) | |
| SIMMONS. | ) | |
| | / | |

**THIS CAUSE** having come on to be heard before the Court on the Defendant's Motion for Admission Pro Hac Vice of Allan M. Lerner, Esq. on behalf of Defendants Michael Todd and Prescott Investments, LP, and the Court having reviewed the Motion in Support, and being otherwise fully advised in the premises, accordingly, after due consideration thereof,

**IT IS HEREBY ORDERED THAT**

Motion _____ GRANTED

Motion ___X___ GRANTED subject to payment of $100.00 special admission fee to Clerk of Court.

Motion _____ DENIED

**IT IS SO ORDERED**, this 25th day of August, 2005.

_____
Judge, United States District Court
For the Western District of North Carolina

*Copies furnished*:
Peter C. Anderson, Esq.
Timothy G. Barber, Esq.
Fred B. Monroe, Esq.
Edward A. Durante