IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cv474

BROWN )
 )
    vs. ) O R D E R
 )
CAPITAL FIRST, et al. )
 )

**THIS MATTER** is before the Court on a number of pending motions filed by defendants relating to the original complaint and the first amended complaint in this matter. Since the filing of the motions, the plaintiff has filed a second amended complaint (Doc. No. 51). Thus, it is no longer necessary for the Court to rule on the motions.

**IT IS, THEREFORE, ORDERED,** that the following motions are DENIED as moot:

    Motion to Dismiss by Prescott Investments and Michael Todd (Doc. No. 4);

    Motion to Dismiss by Capital First Corp. (Doc. No. 6);

    Motion to Dismiss Amended Complaint by Capital First Corp. (Doc. No. 22);

    Motion to Dismiss Amended Complaint by Prescott Investments and Michael Todd (Doc. No. 27);

    Motion to Transfer Case by Capital First Corp. (Doc. No. 40); and

    Motion to Extend Time to Reply by Capital First Corp. (Doc. No. 44).

The Clerk is directed to send copies of this Order to counsel for the parties.

**Signed: September 8, 2005**

Robert J. Conrad, Jr.
United States District Judge